**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Derrick Favonta ASKEW,
Defendant–Appellant.**

No. 02–6829.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Nov. 8, 2002.

Derrick Favonta Askew, Appellant Pro Se. Janet S. Reincke, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Derrick Favonta Askew seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Askew has not made a substantial showing of the denial of a constitutional right. *See United States v. Askew,* No. CR–99–38 (E.D.Va. Apr. 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*